UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

BROCHA BANAYAN, on behalf of herself
and all other similarly situated consumers,

    Plaintiff,

v.

    Case No: 1:18-cv-03409-WFK-LB

TRANSWORLD SYSTEMS INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties herein that the above-titled action is hereby discontinued as to Defendant Transworld Systems Inc. with prejudice in accordance with the Court's order of May 20, 2019. The parties shall each bear their own respective fees and costs.

Date: July 1, 2019

/s/ Adam J. Fishbein
Adam J. Fishein, Esq.
Adam J. Fishbein, P.C.
735 Central Avenue
Woodmere, NY 11598
Telephone: (516) 668-6945
*Attorney for Plaintiff*
*Brocha Banayan*

Date: July 1, 2019

/s/Kirsten H. Smith
Kirsten H. Smith, Esq.
Sessions Fishman Nathan & Israel
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002
Telephone: (504) 846-7943
*Attorney for Defendant*
*Transworld Systems Inc.*

The application is ✓ granted.
SO ORDERED)         denied.

s/William F. Kuntz, II,
William F. Kuntz, II, U.S.D.J.
Dated: July 2, 2019
Brooklyn, New York